# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| IN RE: | : |
| | : Case No. 17-10081 |
| JENNIFER HELLIGRATH | : (Ch. 13, Judge Beth A. Buchanan) |
| | : |
| Debtor | : |

## JOINT REPORT

Debtor, Jennifer Helligrath, Sumner Saeks, Receiver and Mainsource Bank hereby jointly report that Objections to the Magistrate's Decision denying leave to assert claims against the Receiver were orally argued to the Honorable Patrick Dinkelacker on March 13, 2018. Judge Dinkelacker took the matter under submission and scheduled March 27, 2018 as the date a decision would be rendered.

The parties will jointly report the status of the proceedings on April 3, 2018 unless otherwise ordered by the court.

/s/ John A. Schuh
_____
John A. Schuh
Schuh & Goldberg, LLP
OH 0015292; KY 80030
2662 Madison Rd.
Cincinnati, Ohio 45208
(513) 321-2662
(513) 321-0855 (fax)
jaschuh@swohio.twcbc.com

/s/ Joseph E. Lehnert
_____
Joseph E. Lehnert
Attorney for New Growth Advisors, inc.
One E. 4th St., Ste 1400
Cincinnati, Ohio 45202

/s/ Zachary D. Prendergast
_____
Zachary D. Prendergast
Attorney for Mainsource Bank
Roetzel & Andress, LPA
250 East Fifth St., Suite 310
Cincinnati, Ohio 45202