**2020**  UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                          :        CASE NO. 17-10081
                                         CHAPTER 13
JENNIFER HELLIGRATH
                                :        JUDGE BUCHANAN
   DEBTOR

                                :        **STATUS REPORT:
                                         BUSINESS**

Comes now Debtor through Counsel and files this status report as requested by the Trustee.

**1.    Business/Self Employment Reporting (11 U.S.C. Sec. 1304)**

**Tax returns have been sent to 13documents.com on this date.**

Counsel has reviewed debtor's tax return and cites the following:

X    The amount of income earned by Debtor matches the amount on Schedule I and amendments do not need to be filed.

   Debtor filed a Motion to Modify the Plan on January 16, 2020 at Doc. 251 and in conjunction therewith filed an Amended Schedule I & J on January 16, 2020 at Doc. 250.  The Schedule I filed on January 16, 2020 was determined using the entire year's data and accordingly the Schedule I as filed is accurate and matches the debtor's income shown on the return.

X    Debtors filed a Form 1040 by July 15, 2020.

   The return was submitted to the Trustee via her secured portal on July 28, 2020.  The Debtor married her partner, Elizabeth Tolliver, and the tax returns were filed as married, joint returns.

Debtor owes $55,854 on the federal tax return and it has been paid.  That amount includes taxes on her spouse's income as well. There is no refund due.

Debtor owes $1,865 on the state tax return and it has been paid.  That amount includes taxes on her spouse's income as well. There is no refund due.

/s/ John A. Schuh

_____
John A. Schuh
Schuh & Goldberg, LLP
OH 0015292; KY 80030
2662 Madison Rd.
Cincinnati, Ohio 45208
(513) 321-2662
(513) 321-0855 (fax)
jaschuh@swohio.twcbc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Status Report: Business Case was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on July 28, 2020 addressed to:

Jennifer Helligrath
5426 Gwendolyn Ridge
Cincinnati, OH 45238

/s/ John A. Schuh

_____
John A. Schuh
Attorney at Law