**2021**           UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                             :         CASE NO. 17-10081
                                             CHAPTER 13
JENNIFER HELLIGRATH
                                   :         JUDGE BUCHANAN
  DEBTOR

                                   :         **STATUS REPORT:
                                             BUSINESS**

Comes now Debtor through Counsel and files this status report as requested by the Trustee.

1.  **Business/Self Employment Reporting (11 U.S.C. Sec. 1304)**

**The 2020 Federal tax return was mailed to the Ch 13 Trustee on June 1, 2021.  The 2020 Ohio tax return has been sent to 13documents.com on this date.**

Counsel has reviewed debtor's tax return and cites the following:

Schedule I Gross Income         $183,816
2020 Adjusted Gross Income      $159,155

X     The amount of income earned by Debtor matches the amount on Schedule I

Although debtor's 2020 income was less than the Schedule I Gross Income detailed in Doc. 250 filed 1/16/2020, the Debtor was granted a 3 month suspension of plan payments for April, May, and June, 2020 and a corresponding 3 month mortgage payment holiday offered by First Financial Bank.  As such the 2020 income is roughly equivalent, after COVID expense adjustments, to the Schedule I Gross Income.

X     Amended Schedules and/or motion to modify plan are not necessary

2.    General Summary

It has been 48 months since confirmation.  First Financial Bank's mortgages have all been cured including the $40,000 allowed for their attorney's fees.  Distributions to unsecured creditors has begun.

One of the Debtor's properties located at 595 Martin Luther King Dr. has been listed for sale.  There is sufficient equity in that property to pay off the Ch 13 case, 100%

to unsecured creditors plus 5% interest. The Debtor, with her spouse, Liz Tolliver, have also started to explore refinancing arrangements with North Side Bank.

Regardless of whether the sale of 595 Martin Luther King or the refinancing arrangements with North Side Bank happens first, it is anticipated that this case will pay out in full.

Federal income taxes due for 2020 totaled $6,825 and were paid. There is no refund due.   Debtor and her spouse will receive a $1,012 Ohio state tax refund.

/s/ John A. Schuh
_____
John A. Schuh
Schuh & Goldberg, LLP
OH 0015292; KY 80030
2662 Madison Rd.
Cincinnati, Ohio 45208
(513) 321-2662
(513) 321-0855 (fax)
jaschuh@swohio.twcbc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Status Report: Business Case was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on June 7, 2021 addressed to:

Jennifer Helligrath
5426 Gwendolyn Ridge
Cincinnati, OH 45238

/s/ John A. Schuh
_____
John A. Schuh
Attorney at Law