# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| IN RE: | : |
| | Case No. 17-10081 |
| JENNIFER HELLIGRATH | : Ch 13, Judge Beth A. Buchanan |
| Debtor | : |

## DEBTOR'S REPORT OF SALE AND DISBURSEMENT OF FINAL PAYMENT TO THE CHAPTER 13 TRUSTEE

    Jennifer Helligrath, (the "Debtor") hereby reports that on December 21, 2021 she sold the real property located at 5426 Gwendolyn Ridge, Cincinnati, Ohio 45238, the sale of which was previously authorized by an order of the Court entered December 20, 2021 at Doc. 277. A copy of the Closing Statement is attached hereto and reflects that the sum of $38,400.00 was disbursed to the Ch 13 Trustee as the final payment, subject to audit, under the Debtor's confirmed Ch 13 plan.

                                                  /s/ John A. Schuh
                                                  _____
                                                  John A. Schuh (OH 0015292)
                                                  7627 Mitchell Park Dr.
                                                  Cleves, Ohio 45002
                                                  (513) 509-7314
                                                  jaschuh@swohio.twcbc.com

<u>Certificate of Service</u>

    I hereby certify that a copy of the foregoing Certification by Debtor Regarding Issuance of Discharge Order was served (i) electronically on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the Court (ii) and by first class mail on December 30, 2021 addressed to:

    Jennifer Helligrath
    309 Vine Street, Apt. 914
    Cincinnati, Ohio 45202

                                                  /s/ John A. Schuh
                                                -----------------------------------
                                                John A. Schuh
                                                Attorney for Debtor

| A. Settlement Statement | U.S. Department of Housing and Urban Development | OMB No. 2502-0265 |
|---|---|---|

**B. Type of Loan**

| 1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv Unins<br>4. ☐ VA   5. ☐ Conv Ins.  6. ☐ Seller Finance<br>7. ☒ Cash Sale. | 6. File Number<br>21W1057 | 7. Loan Number | 8. Mortgage Ins Case Number |
|---|---|---|---|

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower<br>Lori B. Bruewer and Emily Bruewer | E. Name & Address of Seller<br>Elizabeth L. Tolliver and Jennifer L. Helligrath<br>5426 Gwendolyn Ridge<br>Cincinnati, OH 45238 | F. Name & Address of Lender<br>Cash Transaction |
|---|---|---|

| G. Property Location<br>Victory View, Lot 30, Hamilton County<br>5426 Gwendolyn Ridge<br>Cincinnati, OH 45238 | H. Settlement Agent Name<br>Griffin Fletcher & Herndon LLP<br>3500 Red Bank Road<br>Cincinnati, OH 45227  Tax ID: 31-0513277<br>Underwritten By: Commonwealth RT TItle | |
|---|---|---|
| | Place of Settlement<br>Lawyers Title of Cincinnati, Inc.<br>6730 Ruwes Oak Drive<br>Cincinnati, OH 45248 | I. Settlement Date<br>12/21/2021<br>Fund: 12/21/2021 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | $375,000.00 | 401. Contract Sales Price | $375,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower | $403.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City property taxes | | 406. City property taxes | |
| 107. County property taxes | | 407. County property taxes | |
| 108. Assessment Taxes | | 408. Assessment Taxes | |
| 109. HOA dues  12/22/21 thru 12/31/21 | $10.68 | 409. HOA dues  12/22/21 thru 12/31/21 | $10.68 |
| 110. Rent | | 410. Rent | |
| 111. Security Deposit | | 411. Security Deposit | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | $375,414.18 | **420. Gross Amount Due to Seller** | $375,010.68 |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | $2,000.00 | 501. Excess Deposit | |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | $12,945.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Loan Amount 2nd Lien | | 504. Payoff of First Mortgage Loan  to  Guardian Savings Bank, FSB | $200,050.35 |
| 205. | | 505. Payoff of Second Mortgage Loan  to | |
| 206. | | 506. Payoff to Ch. 13 Trustee | $38,400.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City property taxes | | 510. City property taxes | |
| 211. County property taxes  01/01/21 thru 12/21/21 | $6,147.31 | 511. County property taxes  01/01/21 thru 12/21/21 | $6,147.31 |
| 212. Assessment Taxes | | 512. Assessment Taxes | |
| 213. HOA dues | | 513. HOA dues | |
| 214. Rent | | 514. Rent | |
| 215. Security Deposit | | 515. Security Deposit | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | $8,147.31 | **520. Total Reduction Amount Due Seller** | $257,542.66 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | $375,414.18 | 601. Gross Amount due to seller (line 420) | $375,010.68 |
| 302. Less amounts paid by/for borrower (line 220) | $8,147.31 | 602. Less reductions in amt. due seller (line 520) | $257,542.66 |
| 303. Cash From Borrower | $367,266.87 | 603. Cash To Seller | $117,468.02 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services;
• Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.
The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.
The information requested does not lend itself to confidentiality.

| L. Settlement Charges | | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|---|
| **700. Total Sales/Broker's Commission based on price** | | $375,000.00 | | @3 % = $11,250.00 | | |
| Division of Commission (line 700) as follows: | | | | | | |
| 701. $0.00 | | to | TREO Realtors | | | |
| 702. $11,250.00 | | to | Coldwell Banker Realty (Ruwes Oak) (less $2000.00 earnest money) | | | |
| 703. Commission Paid at Settlement | | | | | $0.00 | $11,250.00 |
| 704. Earnest Money Held by | | to | | | | |
| **800. Items Payable in Connection with Loan** | | | | | | |
| 801. Loan Origination Fee | % | to | | | | |
| 802. Loan Discount | % | to | | | | |
| 803. Appraisal Fee | | to | | | | |
| 804. Credit Report | | to | | | | |
| 805. Lender's Inspection Fee | | to | | | | |
| 806. Processing Fee | | to | | | | |
| 807. Tax Service Fee | | to | | | | |
| 808. Underwriting Fee | | to | | | | |
| 809. Flood Certification | | to | | | | |
| **900. Items Required by Lender To Be Paid in Advance** | | | | | | |
| 901. Interest from | 12/21/2021 to | 1/1/2022 @ $0/day | | | | |
| 902. Mortgage Insurance Premium for months | | to | | | | |
| 903. Hazard Insurance Premium for years | | to | | | | |
| **1000. Reserves Deposited With Lender** | | | | | | |
| 1001. Hazard insurance | | months @ | | per month | | |
| 1002. Mortgage insurance | | months @ | | per month | | |
| 1003. City property taxes | | months @ | | per month | | |
| 1004. County property taxes | | months @ | $526.71 | per month | | |
| 1005. Assessment Taxes | | months @ | | per month | | |
| 1006. HOA dues | | months @ | | per month | | |
| 1007. Rent | | months @ | | per month | | |
| 1008. Security Deposit | | months @ | | per month | | |
| 1011. Aggregate Adjustment | | | | | | |
| **1100. Title Charges** | | | | | | |
| 1101. Settlement or closing fee | | to | Griffin Fletcher & Herndon LLP | | $150.00 | $35.00 |
| 1102. Abstract or title search | | to | Griffin Fletcher & Herndon LLP | | $200.00 | |
| 1103. Title examination | | to | | | | |
| 1104. Title insurance binder | | to | | | | |
| 1105. Document preparation | | to | Griffin Fletcher & Herndon LLP | | | $75.00 |
| 1106. E-Filing Fee | | to | Simplifile | | $4.50 | $4.50 |
| 1107. Attorney's fees | | to | | | | |
| (includes above items numbers: | | | | ) | | |
| 1108. Title insurance | | to | | | | |
| (includes above items numbers: | | | | ) | | |
| 1109. Lender's coverage | | $0.00/$0.00 | | | | |
| 1110. Owner's coverage | | $375,000.00/$0.00 | | | | |
| 1111. Wire/Courier fee | | to | Griffin Fletcher & Herndon LLP | | $15.00 | $15.00 |
| **1200. Government Recording and Transfer Charges** | | | | | | |
| 1201. Recording Fees | Deed $34.00 ; Mortgage ; Rel | | to Simplifile | | $34.00 | |
| 1202. City/county tax/stamps | Deed $1,125.00 ; Mortgage | | to Simplifile | | | $1,125.00 |
| 1203. State tax/stamps | Deed ; Mortgage | | to | | | |
| 1204. Parcel Fee | | to | Simplifile | | | $0.50 |
| 1205. Record Affidavit of Facts | | to | Simplifile | | | $34.00 |
| **1300. Additional Settlement Charges** | | | | | | |
| 1301. HOA Status Letter | | to | Lawyers Title of Cincinnati, Inc. | | | $306.00 |
| 1302. HOA New Account Set up fee | | to | Towne Properties Northwest District Office | | | $100.00 |
| 1303. Courier/Messenger Fee | | to | | | | |
| 1304. Home Owner Warranty | | to | | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | | | | $403.50 | $12,945.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

_Lori B. Bruewer_ (signature)
Lori B. Bruewer

_Elizabeth L. Tolliver_ (signature)
Elizabeth L. Tolliver

_Emily Bruewer_ (signature)
Emily Bruewer

_Jennifer L. Hellgrath_ (signature)
Jennifer L. Hellgrath

**SETTLEMENT AGENT CERTIFICATION**
The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

_____    12/21/2021
Settlement Agent                Date

**Warning:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous Editions are Obsolete          Page 2          form **HUD-1** (3/86)
                                                        Handbook 4305.2