# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| In re: <br> JENNIFER LYNN HELLIGRATH <br><br> Debtor(s) | Case No. 17-10081 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Margaret A. Burks, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/11/2017.

2) The plan was confirmed on 06/14/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/11/2018, 03/09/2020.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 01/04/2022.

6) Number of months from filing or conversion to last payment: 60.

7) Number of months case was pending: 61.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,600.00.

10) Amount of unsecured claims discharged without full payment: $5,246.88.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $370,196.32 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$370,196.32** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $80,059.84 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $22,098.55 |
| Other | $5.51 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$102,163.90** |

Attorney fees paid and disclosed by debtor: $5,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADRIAN MARQUEZ | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | 0.00 | 266.69 | 266.69 | 266.69 | 58.55 |
| ANDREW MUELLER | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ARAS KLIMAS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ARIEL ROBBINS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY GENERAL-STATE OF OHIO | Secured | 11,899.84 | NA | NA | 0.00 | 0.00 |
| BENJAMIN IMMELL | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| BRADLEY COURTNEY | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| BRITTANY WHITFIELD | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| CANDACE GRABER | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| CARDMEMBER SERVICES | Unsecured | 3,746.88 | NA | NA | 0.00 | 0.00 |
| CARY KEIDEL | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BUTLER | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| CINCINNATI WATER WORKS | Unsecured | 0.00 | 558.38 | 558.38 | 558.38 | 85.61 |
| CINCINNATI WATER WORKS | Unsecured | 0.00 | 156.38 | 156.38 | 156.38 | 23.89 |
| CINCINNATI WATER WORKS | Unsecured | 0.00 | 596.07 | 596.07 | 596.07 | 91.17 |
| CINCINNATI WATER WORKS | Unsecured | 0.00 | 517.96 | 517.96 | 517.96 | 79.36 |
| CINCINNATI WATER WORKS | Unsecured | 0.00 | 439.60 | 439.60 | 439.60 | 67.26 |
| CINCINNATI WATER WORKS | Unsecured | 0.00 | 97.29 | 97.29 | 97.29 | 15.03 |
| CINCINNATI WATER WORKS | Unsecured | 0.00 | 447.86 | 447.86 | 447.86 | 68.70 |
| CINCINNATI WATER WORKS | Unsecured | 0.00 | 815.01 | 815.01 | 815.01 | 124.94 |
| CINCINNATI WATER WORKS | Unsecured | 0.00 | 1,567.91 | 1,567.91 | 1,567.91 | 357.54 |
| DISCOVER BANK | Unsecured | 4,616.59 | 4,741.95 | 4,741.95 | 4,741.95 | 1,081.88 |
| DUKE ENERGY SHARED SERVICES, I | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DUKE ENERGY SHARED SERVICES, I | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY PROFESSIONAL SERVIC | Unsecured | NA | 163.08 | 163.08 | 163.08 | 25.00 |
| G. ROBERT HINES | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| HAMILTON COUNTY TREASURER | Secured | 15,404.17 | 1,385.21 | 1,385.21 | 1,385.21 | 0.00 |
| HAMILTON COUNTY TREASURER | Secured | 0.00 | 1,540.59 | 1,540.59 | 1,540.59 | 0.00 |
| HAMILTON COUNTY TREASURER | Secured | 0.00 | 1,155.22 | 1,155.22 | 1,155.22 | 0.00 |
| HAMILTON COUNTY TREASURER | Secured | 0.00 | 2,140.05 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HAMILTON COUNTY TREASURER | Secured | 0.00 | 1,651.94 | 1,651.94 | 1,651.94 | 0.00 |
| HAMILTON COUNTY TREASURER | Secured | 0.00 | 1,784.70 | 134.37 | 134.37 | 0.00 |
| HAMILTON COUNTY TREASURER | Secured | 0.00 | 1,660.76 | 1,660.76 | 1,660.76 | 0.00 |
| HAMILTON COUNTY TREASURER | Secured | 0.00 | 2,509.70 | 2,509.70 | 2,509.70 | 0.00 |
| HAMILTON COUNTY TREASURER | Secured | 0.00 | 1,576.00 | 35.98 | 35.98 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 35,901.71 | 35,901.71 | 35,901.71 | 5,497.69 |
| INTERNAL REVENUE SERVICE | Priority | 4,537.00 | 14,746.38 | 14,746.38 | 14,746.38 | 0.00 |
| JAMES OVEWALE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| JEREMY STRATFORD | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| JOEY GRIPPE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| JORDAN SESSLER | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| JOSHUA HUBER | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| JUAN GOMEZ | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| KRISTINA SCHAEFER | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| KYLA MOLL | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| LOGAN HALTERMAN | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| MAINSOURCE BANK n/k/a FIRST FIN/ | Secured | 5,887.52 | 5,887.52 | 5,887.52 | 5,887.52 | 0.00 |
| MAINSOURCE BANK n/k/a FIRST FIN/ | Secured | 13,347.96 | 13,347.96 | 13,347.96 | 13,347.96 | 0.00 |
| MAINSOURCE BANK n/k/a FIRST FIN/ | Secured | 7,853.90 | 7,853.90 | 591.30 | 591.30 | 0.00 |
| MAINSOURCE BANK n/k/a FIRST FIN/ | Secured | 15,033.15 | 15,033.15 | 15,033.15 | 15,033.15 | 0.00 |
| MAINSOURCE BANK n/k/a FIRST FIN/ | Secured | 7,978.90 | 7,978.90 | 600.72 | 600.72 | 0.00 |
| MAINSOURCE BANK n/k/a FIRST FIN/ | Secured | 7,511.03 | 7,511.03 | 7,511.03 | 7,511.03 | 0.00 |
| MAINSOURCE BANK n/k/a FIRST FIN/ | Secured | 5,429.01 | 5,429.01 | 5,429.01 | 5,429.01 | 0.00 |
| MAINSOURCE BANK n/k/a FIRST FIN/ | Secured | 5,355.76 | 5,355.76 | 5,355.76 | 5,355.76 | 0.00 |
| MAINSOURCE BANK n/k/a FIRST FIN/ | Secured | NA | 40,000.00 | 40,000.00 | 40,000.00 | 0.00 |
| MATTHEW RICHARD | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, II | Unsecured | 3,187.26 | 3,198.01 | 3,198.01 | 3,198.01 | 733.26 |
| MITCHELL MILUM | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| NEW GROWTH ADVISORS, INC. | Priority | NA | 70,512.43 | 70,512.43 | 70,512.43 | 0.00 |
| NICK EDILLA | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| NICK MCMILLAN | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| NICK MYSYK | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| OHIO BUREAU OF WORKERS COMP | Unsecured | NA | 361.89 | 361.89 | 361.89 | 55.47 |
| OOUSSMANE FALL | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| PARKSIDE COURT CONDO OWNERS / | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 706.47 | 674.24 | 674.24 | 674.24 | 153.86 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 619.86 | 559.78 | 559.78 | 559.78 | 127.59 |
| RESURGENT CAPITAL SERVICES | Unsecured | 3,343.12 | 3,323.53 | 3,323.53 | 3,323.53 | 758.30 |
| RYAN CRAFT | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| SAMUEL SANGODELE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| SEAVEN CAYSON | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| SEVEN GARDENS CONDOMINIUM UI | Secured | 2,879.50 | 2,005.00 | 150.95 | 150.95 | 0.00 |
| SHAWNTELL JONES | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| THE EVEREST GROUP, INC. | Priority | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 |
| THOMAS COLEMAN | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| TYLER PHILLIPS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| VINCENT HILL | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| YASMIN RADZI | Priority | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $53,756.45 | $53,756.45 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $50,224.72 | $50,224.72 | $0.00 |
| **TOTAL SECURED:** | **$103,981.17** | **$103,981.17** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $100,258.81 | $100,258.81 | $0.00 |
| **TOTAL PRIORITY:** | **$100,258.81** | **$100,258.81** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$54,387.34** | **$54,387.34** | **$9,405.10** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $102,163.90 |
| Disbursements to Creditors | $268,032.42 |
| **TOTAL DISBURSEMENTS :** | **$370,196.32** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/23/2022     By: /s/ Margaret A. Burks
                                      Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**